IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

WACO DIVISION

| | | |
|---|---|---|
| JOHN ROBERT WEBSTER, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | Civil No. W-12-CA-198 |
| | § | |
| ESTATE OF ANTHONY JEROD | § | |
| KELLY, Deceased an Individual | § | |
| and THE BEERGAS COMPANY | § | |
| OF TEXAS, INC., a Texas | § | |
| Corporation, | § | |
|     Defendants. | § | |

## O R D E R

Before the Court is the Plaintiff's Notice of Voluntary Dismissal. The Court, having considered this pleading, finds that this case should be **DISMISSED** with prejudice.

**IT IS SO ORDERED.**

**SIGNED** on this 27th day of August, 2012.

_____
WALTER S. SMITH, JR.
UNITED STATES DISTRICT JUDGE